# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDUL-JALIL AL-HAKIM,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**WELLPOINT ASSET RECOVERY LLC, ET AL.,**<br><br>　　　　Defendants. | CASE NO. 19-cv-00303-YGR<br><br>**ORDER RE: SERVICE OF SUMMONS** |

On May 14, 2019, the Court issued an order granting plaintiff's in forma pauperis status. (Dkt. No. 24.)

The complaint having been found to comply with Title 28 U.S.C. § 1915, it is **ORDERED** that the Clerk issue summons, and **IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

**IT IS SO ORDERED.**

Dated: July 12, 2019

　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　 **YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT COURT JUDGE**