1   TODD A. ROBERTS (SBN 129722)
    ROPERS, MAJESKI, KOHN & BENTLEY
2   1001 Marshall Street, Suite 500
    Redwood City, CA  94063-2052
3   Telephone:   (650) 364-8200
    Facsimile:   (650) 780-1701
4   Email:       todd.roberts@rmkb.com

5   Attorneys for Defendant
    ROPERS, MAJESKI, KOHN & BENTLEY
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ABDUL-JALIL AL-HAKIM,                    CASE NO.  4:19-cv-00303-YGR

12              Plaintiff,                   **DEFENDANT ROPERS, MAJESKI,**
                                             **KOHN & BENTLEY'S CERTIFICATE**
13  v.                                       **OF INTERESTED PARTIES**

14  WELLPOINT ASSET RECOVERY, LLC,
    (WELLPOINT); CALIFORNIA STATE
15  AUTOMOBILE ASSOCIATION INTER-
    INSURANCE BUREAU, ET AL. (CSAA);
16  KENNETH C. GEORGE; STEPHEN
    BARBER; LAW FIRM OF ROPERS,
17  MAJESKI, RONALD J. COOK, AND LAW
    FIRM OF WILLOUGHBY STUART;
18  HOUSING GROUP FUND CORPORATION;
    TRUSTORS SECURITY DEED SERVICE;
19  SCHOOL TRUST #1321; SUNKIST TRUST
    #7633; EURISKO DEVELOPMENT
20  SOLUTIONS LLC; JOHN BRADLEY JR.;
    DENNIS LANNI; DEANNA
21  MONTGOMERY; COLIN HAMMETT, KEN
    MADHVANI; CAMERON HAMMETT;
22  LANETTE HAMMETT; LANNY
    HAMMETT; BROOKE HAMMETT; and
23  DOES 1 through 100, inclusive,

24              Defendants.

25

26          Defendant ROPERS, MAJESKI, KOHN & BENTLEY, Pursuant to Civil L.R. 3-15,

27  makes the following disclosures:

28          Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    named parties, there is no such interest to report.

2

3    Dated:  September 11, 2019                    ROPERS, MAJESKI, KOHN & BENTLEY

4

5                                                 By: */s/ Todd A. Roberts*

6                                                     TODD A. ROBERTS
                                                      Attorneys for Defendant
7                                                     ROPERS, MAJESKI, KOHN & BENTLEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City