# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDUL-JALIL AL-HAKIM,**<br>　　　　Plaintiff,<br>　vs.<br>**KENNETH C. GEORGE, ET AL.,**<br>　　　　Defendants. | CASE NO. 19-cv-00303-YGR<br><br>**ORDER RE: COURT'S PRIOR ORDER ON MOTIONS TO DISMISS** |

On March 3, 2020, the Court entered an order regarding defendants' motions to dismiss and to declare plaintiff a vexatious litigant. (Dkt. No. 71.) In it, the Court dismissed with prejudice the claims against certain attorney and law firm defendants pursuant to the litigation privilege. The Court further dismissed without prejudice the claims against other defendants on account of the Rooker-Feldman doctrine.[1] The Order did not, however, specify the Court's holding with respect to defendant Wellpoint Asset Recovery LLC. To avoid any confusion, the Court clarifies that the claims against this defendant are dismissed without prejudice for the reasons set forth in section II(C) of the Court's order.

**IT IS SO ORDERED.**

Dated: March 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

---

[1] In addition, the Court dismissed without prejudice the claims against California State Automobile Association Inter-Insurance Bureau arising out of post-judgment conduct.