1  RUSSELL S. ROECA (State Bar # 97297)
   rsr@rhm.legal
2  KYLE MONTES DE OCA (State Bar # 280114)
   kmo@rhm.legal
3  AUDREY TAM (State Bar # 305437)
   ast@rhm.legal
4  **ROECA HAAS MONTES DE OCA LLP**
   48 Gold Street
5  San Francisco, CA 94133
   Telephone: (415) 352-0980
6  Facsimile:  (415) 352-0988

7  Attorneys for Defendants
   RONALD J. COOK and WILLOUGHBY STUART
8  BENING & COOK (erroneously sued as Law Firm of
   Willoughby Stuart)
9
   JOHN F. BRADLEY, JR.. (State Bar # 166153)
10 john@jfbatlaw.com
   Attorney at Law
11 28 North First Street, Suite 400
   San Jose, CA 95113-1210
12 Telephone: 408-998-2000
   Facsimile: 408-998-2111
13
   Attorney for Defendants
14 TRUSTORS SECURITY DEED SERVICE, HOUSING
   GROUP FUND CORPORATION, CDMS GROUP, INC.,
15 WELLPOINT ASSET RECOVERY, LLC, and IN PRO
   SE
16
   TODD A. ROBERTS (State Bar # 129722)
17 todd.roberts@rmkb.com
   **ROPERS, MAJESKI, KOHN & BENTLEY**
18 1001 Marshall Street, Suite 500
   Redwood City, CA 94063-2052
19 Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
20
   Attorneys for Defendant
21 ROPERS, MAJESKI, KOHN & BENTLEY

22              **IN THE UNITED STATES DISTRICT COURT**

23                **NORTHERN DISTRICT OF CALIFORNIA**

24                        **OAKLAND DIVISION**

---

4819-1635-9868.1

[PROPOSED] JUDGMENT AND CERTIFICATION OF JUDGMENT
Case No. 4:19-cv-00303-YGR

| | |
|---|---|
| ABDUL-JALIL al-HAKIM,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLPOINT ASSET RECOVERY, LLC, (WELLPOINT); CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, ET AL. (CSAA); KENNETH C. GEORGE; STEPHEN BARBER; LAW FIRM OF ROPERS, MAJESKI, RONALD J. COOK, AND LAW FIRM OF WILLOUGHBY STUART; HOUSING GROUP FUND CORPORATION; TRUSTORS SECURITY DEED SERVICE; SCHOOL TRUST #1321; SUNKIST TRUST #7633; EURISKO DEVELOPMENT SOLUTIONS LLC; JOHN BRADLEY JR.; DENNIS LANNI; DEANNA MONTGOMERY; COLIN HAMMETT, KEN MADHVANI; CAMERON HAMMETT; LANETTE HAMMETT; LANNY HAMMETT; BROOKE HAMMETT; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 4:19-cv-00303-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS STEPHAN BARBER; RONALD J. COOK; WILLOUGHBY STUART BENING & COOK; JOHN BRADLEY; AND ROPERS, MAJESKI, KOHN & BENTLEY PURSUANT TO ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE; CERTIFICATION OF JUDGMENT**<br><br>Complaint Filed: January 17, 2019<br>Trial Date: None Set |

On March 3, 2020, the Court entered an Order granting Defendants STEPHAN BARBER; RONALD J. COOK; WILLOUGHBY BENING STUART & COOK (formerly known as Willoughby, Stuart & Bening and erroneously sued as Law Firm of Willoughby Stuart); JOHN BRADLEY, JR. (erroneously sued as the Law Firm of John Bradley, Jr.); and ROPERS, MAJESKI, KOHN & BENTLEY's (hereinafter referred to collectively as "Defendants") motions to dismiss (Docket Nos. 35, 37, and 48) in response to Plaintiff Abdul-Jalil al-Hakim's ("Plaintiff") complaint. (Docket No. 71)

Plaintiff's complaint failed to state a claim upon which relief may be granted against Defendants. Plaintiff failed to plead sufficient facts to state a claim against Defendants and failed to demonstrate an ability to plead such facts on further amendment. The Court determined that the allegations regarding Defendants specifically concern communications made in connection with the state court proceedings, and thus, the litigation privilege applied and amendment would be

Roeca Haas Montes De Oca LLP
48 Gold Street, San Francisco, CA 94133
415.352.0980  Fax 415.352.0988

1   futile. (Docket No. 71, p. 9: 1-11.) Accordingly, Defendants were **DISMISSED WITH**

2   **PREJUDICE** from this action.

3       The Court concludes that its dismissal of Defendants from the action is final, and that

4   balancing all the factors to be considered, there is no just reason for delaying the entry of final

5   judgment with respect to these Defendants, and that final judgment should be so entered pursuant

6   to Federal Rule of Civil Procedure 54(b).

7       IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff Abdul-

8   Jalil al-Hakim take nothing from Defendants STEPHAN BARBER; RONALD J. COOK;

9   WILLOUGHBY BENING STUART & COOK; JOHN BRADLEY, JR.; and ROPERS,

10  MAJESKI, KOHN & BENTLEY, who may seek to recover their costs of suit pursuant to Federal

11  Rule of Civil Procedure 54(d)(1) and as permitted by applicable law.

12      This judgment is certified and entered by the Court pursuant to Rule 54(b) of the Federal

13  Rules of Civil Procedure.

14      **IT IS SO ORDERED.**

16  Dated: _May 29, 2020_

                                              THE HONORABLE YVONNE GONZALEZ ROGERS

17                                                United States District Court Judge

Roeca Haas Montes De Oca LLP
48 Gold Street, San Francisco, CA 94133
415.352.0980   Fax 415.352.0988