**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ABDUL-JALIL AL-HAKIM,**<br>　　　Plaintiff,<br>　　vs.<br>**KENNETH C. GEORGE, ET AL.,**<br>　　　Defendants. | CASE NO. 19-cv-00303-YGR<br><br>**ORDER DISMISSING CASE** |

On April 16, 2020, the Court entered an order requiring that plaintiff file an amended complaint by May 25, 2020 and advising that failure to do so would result in dismissal of the case. (Dkt. No. 75.) To date, plaintiff has not filed an amended complaint. Accordingly, this case is hereby **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 29, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**