# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDUL-JALIL AL-HAKIM,**<br>Plaintiff,<br>vs.<br>**KENNETH C. GEORGE, ET AL.,**<br>Defendants. | CASE NO. 19-cv-00303-YGR<br><br>**FINAL JUDGMENT** |

On March 3, 2020, the Court entered an order regarding defendants' motions to dismiss and to declare plaintiff a vexatious litigant, dismissing the claims against certain defendants with prejudice and others without. (Dkt. No. 71.) Thereafter, plaintiff failed to timely file an amended complaint, and the Court dismissed the case for failure to prosecute. (Dkt. No. 79.)

For the avoidance of doubt,[1] and pursuant to Federal Rule of Civil Procedure 54(d), the Court **HEREBY ORDERS, ADJUDGES, AND DECREES** as follows:

- Having dismissed the claims against them with prejudice, judgment is entered in favor of defendants Stephan Barber; Ronald J. Cook; Willoughby Bening Stuart & Cook; John Bradley, Jr.; and Ropers, Majeski, Kohn & Bentley, and against plaintiff Abdul-Jalil al-Hakim. Plaintiff shall take nothing from these defendants.

- Having dismissed the claims against them without prejudice, judgment is entered in favor of defendants California State Automobile Association Inter-Insurance Bureau; Trustors Security Deed Service; Housing Group Fund Corporation; CDMS Group, Inc.; and

---

[1] The Court previously entered judgment in favor of Stephan Barber; Ronald J. Cook; Willoughby Bening Stuart & Cook; John Bradley, Jr.; and Ropers, Majeski, Kohn & Bentley, as the claims against them were dismissed with prejudice. (Dkt. No. 78.) Thereafter, defendants California State Automobile Association Inter-Insurance Bureau; Trustors Security Deed Service; Housing Group Fund Corporation; CDMS Group, Inc.; and Wellpoint Asset Recovery, LLC filed a motion for judgment with prejudice under Federal Rule of Civil Procedure 54(d). (Dkt. No. 80.)

1  Wellpoint Asset Recovery, LLC, and against plaintiff Abdul-Jalil al-Hakim.  Plaintiff shall
2  take nothing from these defendants.
3  **IT IS SO ORDERED.**

5  Dated: June 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**